455 A.2d 728

Swinney v. Temple Mutual, Appellant.
Reargument Denied Feb. 25, 1983.

Petition for Allowance of Appeal
Denied June 15, 1983.

Argued September 14, 1982. Marvin H. Donsky, for appellant; Joseph F. Nowicki, for appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

Order affirmed.

December 22, 1982.

456 A.2d 665

Commonwealth v. Kuykendall, Appellant.
Reargument Denied March 7, 1983.

Petition for Allowance of Appeal
Granted Aug. 10, 1983.

Argued September 15, 1982. David A. Goldman, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.